IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARENCE JOSEPH, | § | |
| ID # 02435611, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:26-CV-655-K-BW |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, received on February 26, 2026 (Dkt. No. 3), will be **DISMISSED** with prejudice as barred by the statute of limitations.

SO ORDERED.

Signed April 22nd, 2026.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**